UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-112(01) RM |
| | ) | |
| REY RODRIGUEZ | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 4, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 20], ACCEPTS defendant Rey Rodriguez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   December 1, 2008

                                          /s/ Robert L. Miller, Jr.
                                          Chief Judge
                                          United States District Court